**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation** | Docket No. 22-md-3043 (DLC) |
| **This Document Relates To:** Kacee Tyson, et al., v. Johnson & Johnson Consumer Inc.; Case No.: | |

## SHORT FORM COMPLAINT

## I.    FILING OF SHORT FORM COMPLAINT

Plaintiff(s) hereby file their Complaint by way of (select one):

☒ This Complaint is filed pursuant to Order: Direct Filing (DE 238). Plaintiff(s) hereby designate(s) the United States District Court for the <u>Western District of Louisiana</u> as Plaintiff(s)' home venue ("Home Venue"), as this case may have originally been filed there because:

☒ The APAP product(s) Plaintiff-Mother took while pregnant with Plaintiff-Minor were purchased and/or used in <u>Alexandria</u> (city), <u>LA</u> (state).

☒ Plaintiff-minor was born in <u>Alexandria</u> (city), <u>LA</u> (state).

☐ A substantial part of other events or omissions giving rise to the claim occurred there, to wit: _____.

☐ At least Defendant _____ is a resident of the district and all defendants are residents of the State in which that district is located.

☐ This case originally was filed in the United States District Court for the _____ and was transferred to this Court via Conditional

Transfer Order No. _____ by the Judicial Panel on Multidistrict Litigation.

## II.  PLAINTIFF(S) INFORMATION

Plaintiff(s) are the following individuals (check all boxes which apply and fill out all information for selected Plaintiff(s)):

**☒** Plaintiff-Mother (name): _Kacee Tyson_ _____

- State of Residence: _LA_____
- State of Citizenship: _LA_____
- Filing Capacity:
  - **☒** As Guardian, on behalf of Plaintiff Child
  - **☒** Individually

**☒** Plaintiff Child #1 (full name, or initials if Plaintiff Child is currently a minor):

_J.C._____

- State of Residence: _LA_____
- State of Citizenship: _LA_____
- Year of Birth (yyyy): _2014_____
- Injury:
  - **☒** Autism Spectrum Disorder
  - ☐ Attention-Deficit/Hyperactivity Disorder

☐ Plaintiff Child #2 (full name, or initials if Plaintiff Child is currently a minor):

_____

- State of Residence: _____
- State of Citizenship: _____

- Year of Birth (yyyy): _____

- Injury:

  ☐ Autism Spectrum Disorder

  ☐ Attention-Deficit/Hyperactivity Disorder

☐ Other Plaintiff(s): _____

- Capacity to assert claim(s) (*e.g.*, other parent, guardian, conservator, administrator, executor): _____

- State of Residence: _____

- State of Citizenship: _____

*In the rare instance that Plaintiff(s) include additional Plaintiff(s) who are immediate family members or who solely assert derivative claims, but are not otherwise listed above due to space constraints, please check here and list the additional Plaintiff's name, capacity to assert claims, state of residence, state of citizenship, and pertinent factual and legal claims on a Short Form Complaint Addendum.*

☐ See attached

*In the rare instance that Plaintiff(s) seek(s) to include additional Plaintiff-Children, please check here and list the additional name (or initials, if the Plaintiff Child is currently a minor), state of residence, state of citizenship, year of birth, and injury on a Short Form Complaint Addendum.*

☐ See attached

## III.    INCORPORATION OF MASTER COMPLAINT(S)

Plaintiff(s) incorporate by reference the allegations contained in the below indicated Master Long Form Complaint(s) and Jury Demand(s) filed in *In Re: Acetaminophen – ASD-ADHD Products Liability Litigation*, MDL No. 3043, on December 16, 2022:

☒ The Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc. (DE 276).

- *Note:* Plaintiffs incorporating this Master Complaint must complete Section IV.A in addition to the above sections.

☐ The Master Long Form Complaint and Jury Demand Against the Retailer Defendants (DE 277).

- *Note:* Plaintiffs incorporating this Master Complaint must complete Section IV.B in addition to the above sections.

## IV. DEFENDANT(S)

### A. Manufacturer Defendant

1. Plaintiff(s) allege claims against the Manufacturer Defendant selected below:

☒ **Johnson & Johnson Consumer Inc.**

Plaintiff Child #1:

- Johnson & Johnson Consumer Inc. Product(s) Mother took while pregnant with Plaintiff Child #1:

    ☒ Tylenol Regular®
    - Date range Mother took Tylenol Regular® while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

        Apr          2014          to Dec          2014

    ☐ Tylenol Extra Strength®
    - Date range Mother took Tylenol Extra Strength® while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

        _____ to _____

    ☐ Tylenol Extra Strength Rapid Release Gels®
    - Date range Mother took Tylenol Extra Strength Rapid Release® while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

        _____ to _____

☐ Other: _____
- ▪ Date range Mother took Other Product while pregnant with
  Plaintiff Child #1 (mm/yyyy to mm/yyyy):

  _____ to _____

Plaintiff Child #2 (if more than one Plaintiff Child):

- ▪ Johnson & Johnson Consumer Inc. Product(s) Mother took while pregnant
  with Plaintiff Child #2:

  ☐ Tylenol Regular®
  - ▪ Date range Mother took <u>Tylenol Regular®</u> while pregnant
    with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    _____ to _____

  ☐ Tylenol Extra Strength®
  - ▪ Date range Mother took <u>Tylenol Extra Strength®</u> while
    pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    _____ to _____

  ☐ Tylenol Extra Strength Rapid Release Gels®
  - ▪ Date range Mother took <u>Tylenol Extra Strength Rapid
    Release®</u> while pregnant with Plaintiff Child #2 (mm/yyyy
    to mm/yyyy):

    _____ to _____

  ☐ Other: _____
  - ▪ Date range Mother took Other Product while pregnant with
    Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    _____ to _____

2.      Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *Master Long
Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc.* as if fully set forth
herein.

3.      The following claims and allegations asserted in the *Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc.* are herein adopted by Plaintiff-Mother in her own right (*i.e.* not covered by claims asserted on behalf of Plaintiff Child(ren)), Plaintiff Child(ren), and/or Plaintiff-Other (check all applicable boxes below)):

| Plaintiff-Mother | Plaintiff Child #1 | Plaintiff Child #2 *(if more than one Plaintiff Child)* | Plaintiff-Other | Claim/Allegation |
|---|---|---|---|---|
| ☒ | ☒ | ☐ | ☐ | Count I:  Strict Liability for Failure to Warn |
| ☒ | ☒ | ☐ | ☐ | Count II:  Strict Liability for Design Defect Due to Inadequate Warnings and Precautions |
| ☒ | ☒ | ☐ | ☐ | Count III:  Negligence |
| ☒ | ☒ | ☐ | ☐ | Count IV:  Negligent Misrepresentation |
| ☐ | ☐ | ☐ | ☐ | Count V:  Strict Liability Misrepresentation Under § 402B of the Restatement (Second) of Torts (Limited to Arizona, California, Colorado, Illinois, Kansas, Maryland, Nebraska, New Mexico, Oregon, Pennsylvania, Tennessee, Texas, Wyoming) |
| ☒ | ☒ | ☐ | ☐ | Count VI:  Violation of Consumer Protection Laws |
| ☒ | ☒ | ☐ | ☐ | Count VII: Breach of Implied Warranty |

4.      In checking the box(es) above for which misrepresentation is an element, Plaintiff(s) adopt(s) and incorporate(s) the allegations made in the *Master Long Form Complaint*

*and Jury Demand Against Johnson & Johnson Consumer Inc.* Any additional Plaintiff(s)-specific allegations as to the alleged misrepresentation must be set forth here:

None.

5.      In checking the box(es) above concerning Count VI: Violation of Consumer Protection Laws, Plaintiff(s) adopt(s) and incorporate(s) allegations made in the *Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc.* and alleges violation of the following Consumer Protection Laws from the State(s) of

Louisiana

6.      The following claims and allegations asserted are not included in the *Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc.* and are herein added to Plaintiffs' Short Form Complaint. (Please state additional claims and the factual and legal basis for them below or on a separate sheet if more space is needed.):

None.

B.    Retailer Defendant(s):

1.    Plaintiff(s) allege claims against the Retailer Defendants selected below. By checking a box against a Retailer Defendant, Plaintiff(s) allege their claims arise out of the acetaminophen store brands identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants* or otherwise specify additional products below:

☐ **7-Eleven, Inc.**

- Plaintiff Child #1:

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    _____ to _____

  - Location(s) where purchased (City, State):

    _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    _____ to _____

  - Location(s) where purchased (City, State):

    _____

- Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

_____

☐ **Big Lots, Inc.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child (mm/yyyy to mm/yyyy):

        _____ to _____

    - Location(s) where purchased (City, State):

_____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

_____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

        _____ to _____

    - Location(s) where purchased (City, State):

_____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

_____

☐ **Costco Wholesale Corporation**

- Plaintiff Child #1:

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    _____ to _____

  - Location(s) where purchased (City, State):

    _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    _____ to _____

  - Location(s) where purchased (City, State):

    _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    _____

☐ **CVS Pharmacy, Inc.**

- Plaintiff Child #1:

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child (mm/yyyy to mm/yyyy):

    _____ to _____

  - Location(s) where purchased (City, State):

    _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    _____ to _____

  - Location(s) where purchased (City, State):

    _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    _____

☐ **Dolgencorp, LLC**

- Plaintiff Child #1:

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    _____ to _____

  - Location(s) where purchased (City, State):

    _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    _____ to _____

  - Location(s) where purchased (City, State):

    _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    _____

☐ **Dollar Tree Stores, Inc.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

      _____ to _____

    - Location(s) where purchased (City, State):

      _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

      _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

      _____ to _____

    - Location(s) where purchased (City, State):

      _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 Two if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

      _____

☐ **Family Dollar Stores, LLC**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

        _____ to _____

    - Location(s) where purchased (City, State):

        _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

        _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

        _____ to _____

    - Location(s) where purchased (City, State):

        _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

        _____

☐ **The Kroger Co.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

        _____ to _____

    - Location(s) where purchased (City, State):

        _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

        _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

        _____ to _____

    - Location(s) where purchased (City, State):

        _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

        _____

☐ **Rite Aid Corporation**

- Plaintiff Child #1:

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    _____ to _____

  - Location(s) where purchased (City, State):

    _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    _____ to _____

  - Location(s) where purchased (City, State):

    _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    _____

☐ **Safeway, Inc.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

        _____ to _____

    - Location(s) where purchased (City, State):

        _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

        _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

        _____ to _____

    - Location(s) where purchased (City, State):

        _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

        _____

☐ **Sam's West Inc.**

- Plaintiff Child #1:

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    _____ to _____

  - Location(s) where purchased (City, State):

    _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    _____ to _____

  - Location(s) where purchased (City, State):

    _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    _____

☐ **Target Corporation**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

        _____ to _____

    - Location(s) where purchased (City, State):

        _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

        _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

        _____ to _____

    - Location(s) where purchased (City, State):

        _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

        _____

☐ **Walgreen Co.**

- Plaintiff Child #1:
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    _____ to _____

  - Location(s) where purchased (City, State):

    _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    _____

- Plaintiff Child #2 (if more than one Plaintiff Child):
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    _____ to _____

  - Location(s) where purchased (City, State):

    _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    _____

☐ **Walmart Inc.**

- Plaintiff Child #1:

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    _____ to _____

  - Location(s) where purchased (City, State):

    _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    _____ to _____

  - Location(s) where purchased (City, State):

    _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    _____

☐ **Other Retailer:** _____

- Plaintiff Child #1:

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1:

        _____

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

        _____ to _____

    - Location(s) where purchased (City, State):

        _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2:

        _____

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

        _____ to _____

    - Location(s) where purchased (City, State):

        _____

2.      Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *Master Long Form Complaint and Jury Demand Against Retailer Defendants* as if fully set forth herein.

3. The following claims and allegations asserted in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants* are herein adopted by Plaintiff-Mother in her own right (i.e. not covered by claims asserted on behalf of Plaintiff Child(ren)), Plaintiff Child(ren), and/or Plaintiff-Other (check all applicable boxes below):

| Plaintiff-Mother | Plaintiff Child #1 | Plaintiff Child #2 *(if more than one Plaintiff Child)* | Plaintiff-Other | Claim/Allegation |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | Count I: Strict Liability for Failure to Warn |
| ☐ | ☐ | ☐ | ☐ | Count II: Strict Liability for Design Defect Due to Inadequate Warnings and Precautions |
| ☐ | ☐ | ☐ | ☐ | Count III: Negligence |
| ☐ | ☐ | ☐ | ☐ | Count IV: Negligent Misrepresentation |
| ☐ | ☐ | ☐ | ☐ | Count V: Strict Liability Misrepresentation Under § 402B of the Restatement (Second) of Torts (Limited to: Arizona, California, Colorado, Illinois, Kansas, Maryland, Nebraska, New Mexico, Oregon, Pennsylvania, Tennessee, Texas, Wyoming) |
| ☐ | ☐ | ☐ | ☐ | Count VI: Violation of Consumer Protection Laws |
| ☐ | ☐ | ☐ | ☐ | Count VII: Breach of Implied Warranty |
| ☐ | ☐ | ☐ | ☐ | Count VIII: Liability as Apparent Manufacturer |

4.       In checking the boxes above for which misrepresentation is an element, Plaintiff(s) adopt(s) and incorporate(s) the allegations made in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*. Any additional Plaintiff(s)-specific allegations as to the alleged misrepresentation must be set forth here:

---

5.       In checking the box(es) above concerning Count VI: Violation of Consumer Protection Laws, Plaintiff(s) adopt(s) and incorporate(s) allegations made in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants* and alleges violation of the following Consumer Protection Laws from the State(s) of

---

6.       The following claims and allegations asserted are not included in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants* and are herein added to Plaintiffs' Short Form Complaint (Please state additional claims and the factual and legal basis for them below or on a separate sheet if more space is needed):

---

## V.     PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray(s) for relief and demand(s) a trial by jury as set forth in the Master Long Form Complaint(s) and Jury Demand(s) filed in *In Re: Acetaminophen – ASD-ADHD Products Liability Litigation*, MDL No. 3043 (S.D.N.Y.), on December 16, 2022.

Dated:  Apr          28          2023          Respectfully submitted,

_/s/_  Mikal C. Watts
_____

Attorney Name: Mikal C. Watts
_____

Attorney Firm: WATTS GUERRA LLC
_____

Attorney Address Line 1:
5726 W. Hausman St., Ste. 119

_____

Attorney Address Line 2:
San Antonio, TX 78249

_____

Telephone: (866) 360-8949
_____

Fax: _____

Attorney Email: efilemcwatts@wattsguerra.com
_____

*Counsel for Plaintiff(s):*
Kacee Tyson, et al.

_____